UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J. STEVENS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation; and MOSSY NISSAN, INC., a California Corporation,<br><br>Defendants. | Case No.: 21-cv-524 JLS (JLB)<br><br>**ORDER GRANTING MOTION TO STRIKE**<br><br>(ECF No. 6) |

Presently before the Court is Plaintiff Laurie J. Stevens's Motion to Strike and Notice of Withdrawal of Request for Entry of Default (ECF No. 6). Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court **SHALL** update the docket to reflect the withdrawal of Plaintiff's Request for Entry of Clerk Default against Nissan North America, Inc. (ECF No. 4) and **SHALL STRIKE** the Clerk's Entry of Default as to Nissan North America, Inc. (ECF No. 5).

**IT IS SO ORDERED.**

Dated: June 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge