UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J. STEVENS,<br><br>                    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>                    Defendants. | Case No.: 21-cv-00524-JLS-JLB<br><br>**ORDER DISCHARGING ORDERS TO SHOW CAUSE**<br><br>**[ECF Nos. 28; 31]** |

On August 25, 2021, the Court issued an Order to Show Cause directing Plaintiff Laurie J. Stevens ("Plaintiff") to show cause why sanctions should not be imposed for her failure to appear at the August 25, 2021 Early Neutral Evaluation ("ENE"). (ECF No. 28.) Plaintiff filed a declaration in response to the Order to Show Cause on September 3, 2021. (ECF No. 29.) Plaintiff stated her attorney informed her of the ENE, but that his emails went to her spam folder. (*Id.* ¶ 1.) She also stated she was not aware of the ENE until the day of the event because she missed a voicemail reminder from her attorney. (*Id.* ¶ 2.) Moreover, Plaintiff stated that if she had known about the ENE, she would have requested to reschedule it because it conflicted with one of her work obligations. (*Id.* ¶¶ 3, 5.)

Although Plaintiff stated she eventually tried to join the video ENE conference from 1:00 PM to 1:25 PM, it appears Plaintiff was not aware of the ENE's correct start time, which was 1:45 PM.  (*Id.* ¶ 8.)

On September 14, 2021, the Court held a hearing on the Order to Show Cause. Plaintiff and her counsel failed to appear.  (ECF No. 30.)  On September 15, 2021, the Court issued a second Order to Show Cause directing both Plaintiff and her attorney, Julian McMillan, to show cause why sanctions should not be imposed for their failure to appear at the Show Cause Hearing.  (ECF No. 31.)  Plaintiff and Mr. McMillan filed declarations in response to the second Order to Show Cause on September 22, 2021.  (ECF Nos. 34; 35.)  Mr. McMillan stated his and Plaintiff's failure to appear was due to the "internal failings of his office" and was his fault alone.  (ECF No. 34 ¶ 4.)

On September 27, 2021, the Court held a hearing on both Orders to Show Cause at which Plaintiff and counsel appeared.  (ECF No. 37.)  Based upon the declarations filed and the additional information provided at the hearing, the Court concludes the imposition of sanctions is not warranted.  Accordingly, the Orders to Show Cause (ECF Nos. 28; 31) are **DISCHARGED**.

**IT IS SO ORDERED.**

Dated:  September 28, 2021

Hon. Jill L. Burkhardt
United States Magistrate Judge