UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J. STEVENS, an individual<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; and MOSSY NISSAN, INC., a California corporation,<br><br>Defendants. | Case No.: 21-CV-524 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT MOSSY NISSAN, INC.**<br><br>(ECF No. 40) |

Presently before the Court is the Limited Joint Stipulation for Dismissal with Prejudice (ECF No. 40) by Plaintiff Laurie Stevens and Defendant Mossy Nissan, Inc. ("Mossy"). Plaintiff and Mossy have executed a settlement agreement and stipulate to the dismissal with prejudice of this action as to Mossy only. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by Plaintiff and Mossy, the Court **DISMISSES WITH PREJUDICE** Defendant Mossy Nissan, Inc. from this action.

**IT IS SO ORDERED.**

Dated: November 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge