# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE J. STEVENS, an individual<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; and MOSSY NISSAN, INC., a California corporation,<br><br>Defendants. | Case No.: 21-CV-524 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 42) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 42). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear her or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge